# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

| | |
|---|---|
| CHAD HELMS, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>BIMBO BAKERIES USA, INC. and BIMBO FOODS BAKERIES DISTRIBUTION, LLC,<br><br>    Defendants. | CIVIL ACTION NO. 2:20-CV-00207-LEW<br><br>*ELECTRONICALLY FILED* |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to the Court's Order dated October 19, 2020, see Dkt. 29, which was later extended by Order dated November 20, 2020, see Dkt. 31, the Parties hereby file this stipulation of dismissal with prejudice of all of Plaintiff's claims asserted in this Action, with no award of costs, interest, or attorney's fees, and the Parties waiving all rights of appeal.

[signatures on following page]

1

Dated: December 2, 2020

Respectfully submitted,

| /s/  Matthew Thomson | /s/  Michael J. Puma |
|---|---|

**LICHTEN & LISS-RIORDAN, P.C.**
Harold Lichten*
Matthew Thomson*
729 Boylston St., Suite 2000
Boston, MA 02116
hlichten@llrlaw.com
mthomson@llrlaw.com

**KAPLAN & GRANT**
Benjamin I. Grant (# 3355)
136 Commercial Street, Suite 302
Portland, Maine 04101
(207) 780-6700
bgrant@kaplanandgrant.com

*Admitted Pro Hac Vice*

*Attorneys for Plaintiff*

**MORGAN, LEWIS & BOCKIUS LLP**
Michael J. Puma*
1701 Market St.
Philadelphia, PA 19103-2921
michael.puma@morganlewis.com

**SULLOWAY & HOLLIS, PLLC**
William D. Pandolph #003996
9 Capitol St
Concord, NH 03301
(603) 223-2800
wpandolph@sulloway.com

*Admitted Pro Hac Vice*

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I, Matthew Thomson, hereby certify that on this 2nd day of December, 2020, the foregoing motion is available for viewing and downloading from the ECF system, and will be sent electronically to counsel of record as registered participants identified on the Notice of Electronic Filing.

    /s/    *Matthew W. Thomson*
           Matthew W. Thomson